UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| ARSENIO EATON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 2:23-cv-00336-JPH-MJD |
| | ) |
| STEPHANIE EDWARDSON, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER DISMISSING ACTION**

Magistrate Judge Dinsmore has recommended that this action be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(b) for Plaintiff Arsenio Eaton's repeated failure to comply with the Court's orders. Dkt. 35. Specifically, Magistrate Judge Dinsmore noted: (1) Mr. Eaton, who is no longer incarcerated, failed to appear for a telephonic status conference; (2) Mr. Eaton failed to appear at a subsequent hearing to show cause why he should not be sanctioned for failing to appear at the earlier hearing; and (3) Mr. Eaton has failed to notify the Court of his current address. There has not been any objection to the report and recommendation.

The court **adopts** Magistrate Judge Dinsmore's report and recommendation, dkt. [35], in whole. *See GCIU Emp. Ret. Fund v. Chi. Trib. Co.*, 8 F.3d 1195, 1198–99 (7th Cir. 1993) ("[A] party cannot decide for itself when it feels like pressing its action and when it feels like taking a break because trial judges have a responsibility to litigants to keep their court calendars as current as humanly possible." (quotation marks and citation omitted)). This action

is **dismissed with prejudice** pursuant to Rule 41(b) for failure to prosecute. The **clerk is directed** to enter final judgment consistent with this order and the Court's screening order, dkt. 18.

Because Mr. Eaton has not updated his address, this Order cannot be mailed to him. The clerk shall provide him a copy upon request.

**SO ORDERED.**

Date: 5/19/2025

_James Patrick Hanlon_
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

ARSENIO EATON
No Address on File—Copy to Be Provided Upon Request

David P. Friedrich
WILKINSON GOELLER MODESITT WILKINSON AND DRUMMY
dpfriedrich@wilkinsonlaw.com